**Order entered November 22, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01020-CV

**JERRY GRISAFFI, Appellant**

**V.**

**ROCKY MOUNTAIN HIGH BRANDS, INC. F/K/A REPUBLIC OF TEXAS BRANDS, INC., Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-15441**

## ORDER
Before Justices Myers, Schenck, and Carlyle

On November 19, 2019, appellant filed its Notice of Suggestion of Bankruptcy for Jerome Grisaffi, in which he informed this Court he filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

We **ABATE** this cause. It may be reinstated on motion by any party showing, in accordance with rule of appellate procedure 8.3, that the appeal is permitted by federal law or the bankruptcy court. TEX. R. APP. P. 8.3.

/s/      LANA MYERS
PRESIDING JUSTICE